IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

MORTEZA JAVADI,                       CASE NO.: 6:19-cv-1304-ORL-78GJK
Individually,

        Plaintiff-INTERVENOR

v.

CHALFONT & ASSOCIATES GROUP, INC.
d/b/a McDonald's,

        Defendant.
_____/

**NOTICE OF CONFERRAL AND AGREEMENT OF PARTIES
AS TO DEFENDANT'S ATTORNEYS' FEES**

Defendant Chalfont & Associates Group, Inc. ("Chalfont" or the "Company"), by and through its undersigned counsel, and pursuant to the Court's July 1, 2020 Order [D.E. 66], hereby files this Notice of Conferral and Agreement of Parties as to Defendant's Attorneys' Fees, and in so doing states as follows:

1. On July 1, 2020, the Court entered an Order granting Defendant's Motion to Compel Discovery Responses and setting forth specific dates by which compliance with the Court's Order was required. [D.E. 66]. Specifically, the Court's awarded Defendant its attorneys' fees and costs associated with bringing the motion, and required counsel for Defendant and Mr. Javadi to confer on or before July 15, 2020 in an effort to agree on the appropriate amount of attorneys' fees and costs. *Id.* The Court also provided that "[i]f the

parties are unable to agree on the amount of attorney's fees and costs, then, on or before July 22, 2020, Chalfont may file a motion to quantify the fees awarded . . ." *Id.*

2. On July 14, 2020, Defendant's counsel provided Mr. Javadi's counsel with a calculation of the attorneys' fees and costs associated with Defendant's motion via e-mail. On July 15, 2020, the parties further conferred via telephone conference and agreed to the appropriate amount of attorneys' fees - totaling $4,620.00.

3. As a result of the Parties ability to agree as to the amount of fees to be awarded, there is no need for Defendant to file a motion to quantify fees as instructed by the Court's July 1, 2020 Order.

Respectfully submitted,

By: /s/ Lori R. Benton
    Lori R. Benton, Trial Counsel
    Florida Bar No. 708429
    Email: lbenton@fordharrison.com
    Daniel K. Miles
    Florida Bar No.119930
    Email: dmiles@fordharrison.com

    FORD & HARRISON LLP
    300 South Orange Avenue, Suite 1300
    Orlando, FL  32801
    (407) 418-2300  Telephone
    (407) 418-2327  Facsimile

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| James L. Lee<br>Deputy General Counsel<br>Gwendolyn Young Reams<br>Associate General Counsel<br>Equal Employment Opportunity<br>Commission<br>131 M. Street, NE<br>Washington, D.C. 20507 | Robert Weisberg, Regional Attorney<br>Kristen Foslid, Supervisory Trial Attorney<br>Email:  Kristen.Foslid@eeoc.gov<br>Equal Employment Opportunity<br>Commission<br>Miami District Office - Miami Tower<br>100 S.E. 2nd Street, Suite 1500<br>Miami, Florida 33131<br>(305) 808-1803  Telephone |
| Oshia Gainer Banks, Trial Counsel<br>Email:  Oshia.Banks@eeoc.gov<br>U.S. Equal Employment Opportunity<br>Commission<br>Miami District Office - Miami Tower<br>100 S.E. 2nd Street, Suite 1500<br>Miami, Florida 33131<br>(305) 808-1879  Telephone | Phillip K. Moeller<br>Email:  pmoeller@itsaboutjustice.law<br>Cohen Law Group<br>350 N. Lake Destiny Road, Suite 300<br>Maitland, FL 32751<br>(407) 478-4878  Telephone<br>(407) 875-0055  Facsimile |

        /s/ Lori R. Benton
        Lori R. Benton