IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

MORTEZA JAVADI,                        CASE NO.: 6:19-cv-1304-ORL-78GJK
Individually,

    Plaintiff-INTERVENOR

v.

CHALFONT & ASSOCIATES GROUP, INC.
d/b/a McDonald's,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff-Intervenor Morteza Javadi ("Javadi") and Defendant Chalfont & Associates Group, Inc., doing business as McDonald's ("Chalfont") (collectively "the Parties"), pursuant to Local Rule 3.08(a), *Local Rules for the Middle District of Florida,* hereby file this Joint Notice of Settlement and state as follows:

The Parties jointly notify the Court that they have reached a negotiated resolution of Javadi's claims against Chalfont. Per the terms of the settlement agreement, the Parties will file a joint dismissal of Javadi's claims with prejudice, which will occur in approximately 26 days.

Submitted this 3rd day of August, 2020.

                                              Respectfully submitted,

| | |
|---|---|
| By:/s/ Phillip K Moeller | By: /s/ Lori R. Benton |
| Phillip K. Moeller | Lori R. Benton, Trial Counsel |
| Florida Bar No. 113032 | Florida Bar No. 708429 |
| Email: pmoeller@itsaboutjustice.law | Email: lbenton@fordharrison.com |
| Cohen Law Group | Daniel K. Miles |
| 350 N. Lake Destiny Road, Suite 300 | Florida Bar No.119930 |
| Maitland, FL 32751 | Email: dmiles@fordharrison.com |
| (407) 478-4878  Telephone | |
| (407) 875-0055  Facsimile | FORD & HARRISON LLP |
| | 300 South Orange Avenue, Suite 1300 |
| Attorney for Plaintiff-Intervenor | Orlando, FL  32801 |
| | (407) 418-2300  Telephone |
| | (407) 418-2327  Facsimile |
| | |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Oshia Gainer Banks, Trial Counsel
Email: Oshia.Banks@eeoc.gov
U.S. Equal Employment Opportunity Commission
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
(786) 648-5861  Telephone
(305) 808-1835  Facsimile

Robert Weisberg, Regional Attorney
Kristen Foslid, Supervisory Trial Attorney
Email: Kristen.Foslid@eeoc.gov
Equal Employment Opportunity Commission
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
(305) 808-1803  Telephone

Phillip K. Moeller
Email: pmoeller@itsaboutjustice.law
Cohen Law Group
350 N. Lake Destiny Road, Suite 300
Maitland, FL 32751
(407) 478-4878  Telephone
(407) 875-0055  Facsimile

/s/ Lori R. Benton
Lori R. Benton

WSACTIVELLP:11672463.1