UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

MORTEZA JAVADI, Individually,          Case No. 6:19-cv-01304-ORL-78GJK

    Plaintiff-Intervenor,

v.

CHALFONT & ASSOCIATES GROUP,
INC d/b/a McDonald's,

    Defendant.
_____/

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Pursuant to Federal Rule of Civil Procedure 7(b)(1) and 65(d), Plaintiff United States Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Morteza Javadi ("Javadi"), and Defendant Chalfont & Associates Group, Inc., doing business as McDonald's ("Chalfont") (collectively "the Parties"), jointly request that the Court approve and execute the attached Consent Decree, *Ex.* 1.

1. EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination, including Title I of the Civil Rights Act of 1991 ("Title I") and Title VII of the Civil Rights Act of 1964 ("Title VII").

2. EEOC filed this action on July 16, 2019, alleging that Chalfont engaged in unlawful religious discrimination under Title VII. [Doc. 1]. Javadi intervened in this action on September 19, 2019, bringing state law claims. [Doc. 14]. Specifically, EEOC and Javadi (Jewish) alleged that Chalfont failed to hire Javadi as a Maintenance Worker

1

because he could not shave his beard to comply with Chalfont's "completely clean-shaven" grooming policy due to his religious beliefs, in violation of Title VII and Florida state law. [Docs. 1, 11].

3. Chalfont filed its Answer and Affirmative Defenses to EEOC's and Javadi's complaints on August 19, 2019 and September 30, 2019, respectively. [Docs. 8 and 16]. Chalfont denied EEOC's and Javadi's allegations. [*Id.*].

4. Following comprehensive settlement negotiations, the Parties have agreed to resolve this action in the terms reflected in the attached Consent Decree. [*See* Ex. 1].

5. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure 65(d) in that it states the reasons for its issuance, provides specific terms with which the Parties must comply, and describes in detail the acts restrained and required.

6. Finally, the Court's entry of the Consent Decree will resolve all claims asserted by EEOC and Javadi against Chalfont in their entirety.

7. The Parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree and execute the attached Consent Decree, administratively close this action, retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief this Court deems equitable and just.

> */s/ Oshia Gainer Banks*
> Oshia Gainer Banks
> U.S. Equal Employment
> Opportunity Commission
> Miami District Office
> Miami Tower

100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Email: Oshia.Banks@eeoc.gov
Tel: 305-808-1879
Fax: 813-228-2045
*Attorneys for Plaintiff, EEOC*

*/s/* Phillip K. Moeller
Phillip K. Moeller
Cohen Law Group, P.A.
350 N. Lake Destiny Rd, Suite 300
Maitland, FL 32751
Email: PMoeller@ItsAboutJustice.law
Tel: 407-478-4878
*Attorneys for Plaintiff-Intervenor, Javadi*

*/s/* Lori R. Benton
Lori R. Benton
Ford & Harrison, LLP
300 South Orange Ave, Suite 1300
Orlando, FL 32801
Email: lbenton@fordharrison.com
Tel: 407-418-2300
Fax: 407-418-2327
*Attorneys for Defendant, Chalfont & Associates*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon all parties, through their counsel, through this Court's CM/ECF system, this 3rd day of August, 2020.

/s/ *Oshia Gainer Banks*

3