UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

v.                                       Case No:   6:19-cv-1304-Orl-78GJK

CHALFONT & ASSOCIATES GROUP,
INC.,

        Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **EEOC'S MOTION FOR PROTECTIVE ORDER REGARDING CERTAIN TOPICS NOTICED FOR A RULE 30(b)(6) DEPOSITION ON JULY 16, 2020, AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE AND RULING** (Doc. No. 75) |
| **FILED:** | **July 8, 2020** |
| **THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**. | |

On July 8, 2020, Plaintiff filed a motion for protective order (the "Motion"). Doc. No. 75.

On August 3, 2020, Defendant and Intervenor filed a Joint Notice of Settlement. Doc. No. 80. Also

on August 3, 2020, Plaintiff, Defendant, and Intervenor filed a Joint Motion for Approval and

- 2 -

Entry of Consent Decree, stating that they agreed to resolve this action. Doc. No. 81 at ¶ 4.

Accordingly, it is **ORDERED** that Motion (Doc. No. 75) is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida, on August 4, 2020.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties