IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

MORTEZA JAVADI,                     CASE NO.: 6:19-cv-1304-ORL-78GJK
Individually,

       Plaintiff-INTERVENOR

v.

CHALFONT & ASSOCIATES GROUP, INC.
d/b/a McDonald's,

       Defendant.
_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff-Intervenor Morteza Javadi ("Javadi") and Defendant Chalfont & Associates Group, Inc., ("Chalfont") (collectively "the Parties"), hereby agree to the dismissal of Plaintiff-Intervenor Javadi's claims against Chalfont in their entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Unless otherwise agreed to in the Parties' settlement agreement, each Party shall bear their own attorneys' fees and costs with regard to those claims.

Submitted this 20th day of August, 2020.

Respectfully submitted,

| | |
|---|---|
| By:/s/ Phillip K Moeller | By: /s/ Lori R. Benton |
| Phillip K. Moeller | Lori R. Benton, Trial Counsel |
| Florida Bar No. 113032 | Florida Bar No. 708429 |
| Email:  pmoeller@itsaboutjustice.law | Email: lbenton@fordharrison.com |
| Cohen Law Group | Daniel K. Miles |
| 350 N. Lake Destiny Road, Suite 300 | Florida Bar No.119930 |
| Maitland, FL 32751 | Email: dmiles@fordharrison.com |
| (407) 478-4878  Telephone | |
| (407) 875-0055  Facsimile | FORD & HARRISON LLP |
| | 300 South Orange Avenue, Suite 1300 |
| Attorney for Plaintiff-Intervenor | Orlando, FL  32801 |
| | (407) 418-2300  Telephone |
| | (407) 418-2327  Facsimile |
| | |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Oshia Gainer Banks, Trial Counsel
Email:  Oshia.Banks@eeoc.gov
U.S. Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
(786) 648-5861  Telephone

Phillip K. Moeller
Email:  pmoeller@itsaboutjustice.law
Cohen Law Group
350 N. Lake Destiny Road, Suite 300
Maitland, FL 32751
(407) 478-4878  Telephone

Robert Weisberg, Regional Attorney
Kristen Foslid, Supervisory Trial Attorney
Email:  Kristen.Foslid@eeoc.gov
Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131

/s/ Lori R. Benton
Lori R. Benton

WSACTIVELLP:11702681.1